**PRINTGUARD, INC., Plaintiff–Appellant,**

v.

**SIVEX CORPORATION, Defendant,**

and

**Anti–Marking Systems, Inc., Defendant–Appellee.**

**No. 2008–1211.**

United States Court of Appeals, Federal Circuit.

Aug. 15, 2008.

John F. Luman III, Bracewell & Giuliani, LLP, Houston, TX, for Defendant–Appellee.

Joseph F. Shea, Ronald E. Cahill, Timothy D. Johnston, Nutter, McClennen & Fish, LLP, Boston, MA, for Plaintiff–Appellant.

## ON MOTION

### ORDER

Upon consideration of PrintGuard, Inc.'s unopposed motion to withdraw its appeal as moot,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) All other pending motions are moot.

(3) Each side shall bear its own costs.